

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUL 12 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 4:17CR306 HEA/PLC |
| ANNESSA BLACKMUN, | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges that:

### COUNTS 1-5
### False Statements Involving
### Health Care Benefit Plan
### Title 18, United States Code, Section 1035(a)(1) and Section 2

On or about the dates indicated below, in the Eastern District of Missouri,

**ANNESSA BLACKMUN,**

the defendant herein, in a matter involving a health care benefit program, knowingly and willfully made and used, and caused to be made and used, materially false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and entries in connection with the delivery of and payment for health care benefits, items, and services, in that the defendant submitted and caused to be submitted to Medicare false reimbursement claims for the following patients.

| Count | Patient | Date of Service | Date of Claim | Paid Amount | Facility |
| --- | --- | --- | --- | --- | --- |
| 1 | J.M. | 8/23/2012 | 8/31/2012 | $70.14 | Redwood Manor |
| 2 | J.M. | 11/5/2012 | 11/9/2012 | $114.22 | Redwood Manor |
| 3 | B.A. | 11/5/2012 | 11/9/2012 | $82.26 | Redwood Manor |

| Count | Patient | Date of Service | Date of Claim | Paid Amount | Facility |
|---|---|---|---|---|---|
| 4 | R.K. | 1/23/2013 | 3/8/2013 | $123.14 | NHC – Maryland Heights |
| 5 | R.K. | 4/3/2013 | 4/12/2013 | $93.72 | NHC – Maryland Heights |

The Grand Jury further charges that:

## FORFEITURE ALLEGATION

The Grand Jury further finds probable cause that:

1.   Pursuant to Title 18, United States Code, Section 982(a)(7), upon conviction of an offense in violation of Title 18, United States Code, Section 1035 or 1347 or a conspiracy to commit such offense as set forth in Count 1, the defendant shall forfeit to the United States any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense or conspiracy.

2.   Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

A TRUE BILL.

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
Gwendolyn E. Carroll
Assistant United States Attorney