UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17CR306 HEA |
| | ) | |
| ANNESSA BLACKMUN, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Patricia L. Cohen, addressing Defendant's Motion to Suppress Statements, [Doc. No. 20]. On September 14, 2017, an evidentiary hearing was held. In her October 25, 2017 Report and Recommendation, Judge Cohen recommended that the Defendant's motion be denied. Defendant has not filed written objections to this recommendation. The Court adopts Judge Cohen's recommendation.

Judge Cohen's conclusion that there is no basis to suppress Defendant's statements is based on a thorough and sound legal analysis. The Court agrees with her conclusions in their entirety. The Recommendation is adopted *in toto*.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Suppress Statements, [Doc. No. 20], is denied.

Dated this 1st day of December, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE